1 | Bruce Locke (#177787)
2 | Moss & Locke
3 | 4354 Town Center Blvd., #114-59
4 | Eldorado Hills, CA 95762
5 | 916-719-3194
6 | Attorneys for Kioni M. Dogan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | No. 16-CR-0198 JAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE SET FOR JANUARY 24, 2017 TO MARCH 21, 2017 AT 9:15 A.M.** |
| Kioni M. Dogan, and ANTONIA BRASLEY | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Kioni Dogan and Antonia Brasley, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Christopher Hales, that the status conference presently set for January 24, 2017 at 9:15 a.m., should be continued to March 21, 2017 at 9:15 a.m., and that time under the Speedy Trial Act should be excluded from January 24, 2017 through March 21, 2017.

The reason for the continuance is that defense attorneys need additional time to review the discovery and to conduct investigation. The discovery in this case is more than 2,000 pages and includes a substantial amount of tax documents and information. Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation through the exercise of due diligence. The exclusion of time is

also necessary to ensure continuity of counsel. Accordingly, the time between January 24, 2017 and March 21, 2017 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Hales and Mr. Long have authorized Mr. Locke to sign this pleading for them.

DATED: January 18, 2017          /s/ Bruce Locke
                                 BRUCE LOCKE
                                 Attorney for Kioni Dogan

DATED: January 18, 2017          /s/ Bruce Locke
                                 For MICHAEL LONG
                                 Attorney for Antonia Brasley

DATED: January 18, 2017          /s/ Bruce Locke
                                 For CHRISTOPHER HALES
                                 Attorney for the United States

    The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore.

    IT IS SO ORDERED.

DATED: 1/18/2017                 /s/ John A. Mendez
                                 UNITED STATES DISTRICT COURT JUDGE