1 | Bruce Locke (#177787)
2 | Moss & Locke
3 | 4354 Town Center Blvd., #114-59
4 | Eldorado Hills, CA 95762
5 | 916-719-3194
6 | Attorneys for Kioni M. Dogan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | No. 16-CR-0198 JAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE SET FOR JUNE 20, 2017 TO AUGUST 29, 2017 AT 9:15 A.M.** |
| KIONI M. DOGAN, and ANTONIA BRASLEY | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Kioni Dogan and Antonia Brasley, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Christopher Hales, that the status conference presently set for June 20, 2017 at 9:15 a.m., should be continued to August 29, 2017 at 9:15 a.m., and that time under the Speedy Trial Act should be excluded from June 20, 2017 through August 29, 2017.

The reason for the continuance is that defense attorneys need additional time to review the discovery and to conduct investigation. The discovery in this case is more than 3,000 pages and includes a substantial amount of tax documents and information. Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation through the exercise of due diligence. The exclusion of time is

1

also necessary to ensure continuity of counsel.  Accordingly, the time between June 20, 2017 and August 29, 2017 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation.  The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Hales and Mr. Long have authorized Mr. Locke to sign this pleading for them.

DATED: June 12, 2017　　　　　　　　/s/ Bruce Locke
　　　　　　　　　　　　　　　　　　BRUCE LOCKE
　　　　　　　　　　　　　　　　　　Attorney for Kioni Dogan

DATED: June 12, 2017　　　　　　　　/s/ Bruce Locke
　　　　　　　　　　　　　　　　　　For MICHAEL LONG
　　　　　　　　　　　　　　　　　　Attorney for Antonia Brasley

DATED: June 12, 2017　　　　　　　　/s/ Bruce Locke
　　　　　　　　　　　　　　　　　　For CHRISTOPHER HALES
　　　　　　　　　　　　　　　　　　Attorney for the United States

　　　　The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore.

　　　　IT IS SO ORDERED.

DATED: 6/12/2017　　　　　　　　　 /s/ John A. Mendez
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE