Bruce Locke (#177787)
Moss & Locke
4354 Town Center Blvd., #114-59
Eldorado Hills, CA 95762
916-719-3194
Attorneys for Kioni M. Dogan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>  Plaintiff,<br><br>  v.<br><br>KIONI M. DOGAN, and<br>ANTONIA BRASLEY<br><br>  Defendants. | No. 16-CR-0198 JAM<br><br>**STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE SET FOR JANUARY 9, 2018 TO FEBRUARY 13, 2018 AT 9:15 A.M.** |

IT IS HEREBY STIPULATED AND AGREED between the defendants, Kioni Dogan and Antonia Brasley, by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Christopher Hales, that the status conference presently set for January 9, 2018 at 9:15 a.m., should be continued to February 13, 2018 at 9:15 a.m., and that time under the Speedy Trial Act should be excluded from January 9, 2018 through February 13, 2018.

The reason for the continuance is that defense attorneys need additional time to review the discovery and to conduct investigation. The discovery in this case is more than 3,000 pages and includes a substantial amount of tax documents and information. Counsel for Ms. Dogan has resigned from the Federal Defender's Panel to care for a family member and additional time is needed to substitute in a new attorney for Ms. Dogan. Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation through the exercise of due diligence. The exclusion of time is also

1

necessary to ensure continuity of counsel. Accordingly, the time between January 9, 2018 and February 13, 2018 should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Mr. Hales and Mr. Long have authorized Mr. Locke to sign this pleading for them.

DATED: January 4, 2018 /s/ Bruce Locke
BRUCE LOCKE
Attorney for Kioni Dogan

DATED: January 4, 2018 /s/ Bruce Locke
For MICHAEL LONG
Attorney for Antonia Brasley

DATED: January 4, 2018 /s/ Bruce Locke
For CHRISTOPHER HALES
Attorney for the United States

The Court finds, for the reasons stated above, that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, and, therefore.

IT IS SO ORDERED.

DATED: __1/4/2018_____
/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE