HAYES H. GABLE, III
Attorney at Law - SBN 60368
1001 G Street, Suite 104
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
Kioni Dogan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-0198-JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SUBSTITUTION OF COUNSEL AND** |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| Kioni Dogan, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The defendant Kioni Dogan hereby moves for an order substituting Hayes Gable, III, 1001 G Street, Suite 104, Sacramento, CA 95814, as counsel of record in place of Bruce Locke, who was previously appointed by the Court pursuant to The Criminal Justice Act (CJA).

    Mr. Gable is seeking CJA appointment.

Respectfully submitted,

Dated: January 11, 2018                        /s/ Hayes Gable, III
                                                      Hayes Gable, III
                                                      (original signature on file)

Dated: January 11, 2018

                                                      /s/ Bruce Locke
                                                      Bruce Locke
                                                      (original signature on file)

Dated: January 31, 2018                        /s/ Kioni Dogan
                                                      Kioni Dogan
                                                      (original signature on file)

SUBSTITUTION OF COUNSEL - 1

**ORDER**

IT IS HEREBY ORDERED that Hayes Gable is substituted in for Bruce Locke as counsel of record for defendant Kioni Dogan.

IT IS HEREBY ORDERED that Mr. Gable is appointed by the court pursuant to The Criminal Justice Act.

Dated: February 9, 2018

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

SUBSTITUTION OF COUNSEL - 2