HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
1001 G Street, Suite 104
Sacramento, CA 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988
hhgable@gmail.com

Attorney for Defendant
KIONI DOGAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00198-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| KIONI M.DOGAN, and ANTONIA L. BRASLEY, | DATE: July 17, 2018 TIME: 9:15 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on July 17, 2018.

2.      By this stipulation, defendants now move to continue the status conference until August 28, 2018, and to exclude time between July 17, 2018, and August 28, 2018, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes in excess of 3,000 pages, including multiple search warrants. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendants desire additional time in particular in order to continue reviewing and analyzing the discovery in this case, as well as to conduct investigation and research related to the charges, to discuss potential resolutions with their clients, and to otherwise

prepare for trial.

     c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     d)     The government does not object to the continuance.

     e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

     f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 17, 2018 to August 28, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4         IT IS SO STIPULATED.

5

6    Dated:  July 16, 2018                      McGREGOR W. SCOTT
                                               United States Attorney
7

8                                              /s/ CHRISTOPHER S. HALES
                                               CHRISTOPHER S. HALES
9                                              Assistant United States Attorney

10

11   Dated:  July 16, 2018                      /s/ HAYES GABLE III
                                               HAYES GABLE III
12                                             Attorney for Defendant
                                               KIONI DOGAN
13

14   Dated:  July 16, 2018                      /s/ MICHAEL LONG
                                               MICHAEL LONG
15                                             Attorney for Defendant
                                               ANTONIA L. BRASLEY
16

17

18                        **[PROPOSED] FINDINGS AND ORDER**

19        IT IS SO FOUND AND ORDERED this 16th day of July, 2018.

20

21                                             /s/ John A. Mendez
                                               JOHN A. MENDEZ
22                                             UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28