MICHAEL D. LONG
Attorney at Law
State Bar No. 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
mike.long.law@msn.com

Attorney for Defendant
ANTONIA BRASLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>          v.<br><br>KIONI M.DOGAN, and<br>ANTONIA L. BRASLEY,<br><br>               Defendants. | CASE NO. 2:16-CR-00198-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 6, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.      By previous order, this matter was set for status on October 2, 2018.

2.      By this stipulation, defendants now move to continue the status conference until November 6, 2018, and to exclude time between October 2, 2018, and November 6, 2018, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

     a)      The government has represented that the discovery associated with this case includes in excess of 3,000 pages, including multiple search warrants. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

     b)      Counsel for defendants desire additional time in particular in order to continue reviewing and analyzing the discovery in this case, as well as to conduct investigation and research related to the charges, to discuss the evidence and potential resolutions with their

1    clients, and to otherwise prepare for trial.

2         c)      Counsel for defendants believe that failure to grant the above-requested

3    continuance would deny counsel the reasonable time necessary for effective preparation, taking

4    into account the exercise of due diligence.

5         d)      The government does not object to the continuance.

6         e)      Based on the above-stated findings, the ends of justice served by continuing the

7    case as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9         f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10   et seq., within which trial must commence, the time period of October 2, 2018 to November 6,

11   2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

12   T4] because it results from a continuance granted by the Court at defendants' request on the basis

13   of the Court's finding that the ends of justice served by taking such action outweigh the best

14   interest of the public and the defendant in a speedy trial.

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

IT IS SO STIPULATED.

Dated:  September 28, 2018                                    McGREGOR W. SCOTT
                                                                         United States Attorney


                                                                         /s/ CHRISTOPHER S. HALES
                                                                         CHRISTOPHER S. HALES
                                                                         Assistant United States Attorney


Dated:  September 28, 2018                                    /s/ HAYES GABLE III
                                                                         HAYES GABLE III
                                                                         Attorney for Defendant
                                                                         KIONI DOGAN



Dated:  September 28, 2018                                    /s/ MICHAEL LONG
                                                                         MICHAEL LONG
                                                                         Attorney for Defendant
                                                                         ANTONIA L. BRASLEY



**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 1st day of October, 2018.



                                                                         /s/ John A. Mendez
                                                                         HONORABLE JOHN A. MENDEZ
                                                                         UNITED STATES DISTRICT COURT JUDGE