MICHAEL D. LONG
Attorney at Law
State Bar No. 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
mike.long.law@msn.com

Attorney for Defendant
ANTONIA BRASLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>KIONI M.DOGAN, and<br>ANTONIA L. BRASLEY,<br><br>                  Defendants. | CASE NO. 2:16-CR-00198-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 5, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on December 11, 2018.

2. By this stipulation, defendants now move to continue the status conference until February 5, 2019 at 9:15 a.m., and to exclude time between December 11, 2018, and February 5, 2019 at 9:15 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes in excess of 3,000 pages, including multiple search warrants. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for both defendants desire additional time in particular in order to continue reviewing and analyzing the discovery in this case, as well as to conduct investigation and research related to the charges, to discuss the evidence and potential resolutions with their

clients, and to otherwise prepare for trial. In particular, the defense is (1) acquiring records from entities that may establish defenses to some of the allegations made in this case and (2) attempting to corroborate information from witnesses that can be used concerning both trial and sentencing issues. In addition, Ms. Brasley had oral surgery this week that did not go well. Further consulting with specialists and further surgery will be required. She has difficulty talking at the present time, making it difficult for her to confer with Mr. Long in the near-term. Finally, a family member of Mr. Gable is scheduled for a major surgery on December 7, 2018. Mr. Gable will not be available to come to court on December 11, 2018, as he will be her caregiver as she recovers from surgery.

    c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)    The government does not object to the continuance.

    e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 11, 2018 to February 5, 2019 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 5, 2018    McGREGOR W. SCOTT
United States Attorney

/s/ CHRISTOPHER S. HALES
CHRISTOPHER S. HALES
Assistant United States Attorney

Dated: December 5, 2018    /s/ HAYES GABLE III
HAYES GABLE III
Attorney for Defendant
KIONI DOGAN

Dated: December 5, 2018    /s/ MICHAEL LONG
MICHAEL LONG
Attorney for Defendant
ANTONIA L. BRASLEY

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 6th day of December, 2018.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE