MICHAEL D. LONG
Attorney at Law
State Bar No. 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
mike.long.law@msn.com

Attorney for Defendant
ANTONIA BRASLEY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>KIONI M. DOGAN, and<br>ANTONIA L. BRASLEY,<br><br>                    Defendants. | CASE NO. 2:16-CR-00198-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 19, 2019<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.     By previous order, this matter was set for status on February 5, 2019.

2.     By this stipulation, defendants now move to continue the status conference until February 19, 2019 at 9:15 a.m., and to exclude time between February 5, 2019, and February 19, 2019, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

    a)     The government has represented that the discovery associated with this case includes in excess of 3,000 pages, including multiple search warrants. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)     Counsel for both defendants desire additional time in particular in order to continue reviewing and analyzing the discovery in this case, as well as to conduct investigation and research related to the charges, to discuss the evidence and potential resolutions with their

clients, and to otherwise prepare for trial. In particular, the defense is (1) acquiring records from entities that may establish defenses to some of the allegations made in this case and (2) attempting to corroborate information from witnesses that can be used concerning both trial and sentencing issues. In addition, Ms. Brasley had oral surgery in December that did not go well. She has had follow-up bone grafts since then to remedy the problems. Further consulting with specialists and further surgery will be required. She has difficulty talking at the present time, making it difficult for her to confer with Mr. Long in the near-term.

       c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)     The government does not object to the continuance.

       e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 5, 2019 to February 19, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 31, 2019                  McGREGOR W. SCOTT
                                           United States Attorney

                                           /s/ CHRISTOPHER S. HALES

|   |   |
|---|---|
|   | CHRISTOPHER S. HALES<br>Assistant United States Attorney |
| Dated: January 31, 2019 | /s/ HAYES GABLE III<br>HAYES GABLE III<br>Attorney for Defendant<br>KIONI DOGAN |
| Dated: January 31, 2019 | /s/ MICHAEL LONG<br>MICHAEL LONG<br>Attorney for Defendant<br>ANTONIA L. BRASLEY |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 1st day of February, 2019.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE