McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00198-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO REASSIGN CASE 2:16-CR-00199-GEB AS TO DEFENDANT KIONI DOGAN FOR CHANGE OF PLEA AND SENTENCING |
| v. | |
| KIONI DOGAN, | DATE: March 5, 2019 |
| Defendant. | TIME: 9:15 a.m. |
| | COURT: Hon. John A. Mendez |
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00199-GEB |
| PLAINTIFF, | |
| V. | |
| KIONI DOGAN, | |
| DEFENDANT. | |

**STIPULATION**

As instructed by the Court on February 19, 2019 during discussion on the record, plaintiff United States of America, by and through its counsel of record, and defendant Kioni Dogan, by and through her undersigned counsel of record, hereby stipulate and request that this Court reassign case 2:16-cr-00199-GEB as to defendant **Kioni Dogan only**, for purposes of a global change of plea and sentencing, for the reasons explained below. The parties agree that, in accordance with Local Rule 123(c), case 2:16-cr-

STIPULATIONS AND [PROPOSED] ORDER REASSIGNING
CASE AS TO DEFENDANT KIONI DOGAN

1

00199-GEB should be reassigned to this Court for defendant Kioni Dogan's change of plea to take place on February 19, 2019, because this Court has the lower numbered of the two cases currently pending against this defendant. The background is as follows:

1. Defendant Kioni Dogan is charged by indictment in two separate, unrelated fraud cases pending in the Eastern District of California:

   a) The lower numbered case before this Court, 2:16-CR-00198-JAM, involves an alleged tax fraud committed by Dogan and others with fraudulent tax returns during the timeframe of 2011-2012.

   b) The higher numbered case before Judge Burrell, 2:16-CR-00199-GEB, involves an alleged fraud scheme committed by Dogan and others targeting the California Employment Development Department (EDD) for unemployment insurance benefits during the timeframe of 2010-2015.

2. The parties have reached a global plea agreement to resolve both cases against defendant Kioni Dogan that anticipates a single change of plea proceeding and sentencing proceeding. Subsequent to reaching this plea agreement, the government filed a Notice of Related Cases. ECF 76.

3. Pursuant to Local Rule 123, these cases, although not previously related, are now related with respect to defendant Kioni Dogan because "assignment to the same Judge … is likely to effect a substantial savings of judicial effort" and because "it would entail substantial duplication of labor if the actions were heard by different Judges," in a situation where a single plea agreement will resolve both cases. See L.R. 123(a)(3) and (4).

4. The parties therefore jointly request, and ask the Court to order, that case number 2:16-cr-00199-GEB be reassigned to Judge Mendez as to defendant Kioni Dogan, so that her change of plea in both cases may take place at the status conference currently scheduled before this Court on March 5, 2019.

5. Defendant Kioni Dogan, through her undersigned counsel, hereby waives any objection to the reassignment of case 2:16-CR-00199-GEB to this Court with respect to the charges against her, and affirmatively confirms her desire to have her change of plea and sentencing take place before one district court pursuant to her global plea agreement.

Dated: February 19, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ CHRISTOPHER S. HALES
CHRISTOPHER S. HALES
Assistant United States Attorney

Dated: February 19, 2019

/s/ HAYES H. GABLE III
HAYES H. GABLE III
Counsel for Defendant
KIONI DOGAN

## FINDINGS AND ORDER

For the reasons stated by the parties in the foregoing stipulation and pursuant to Local Rule 123, the Court hereby REASSIGNS case 2:16-cr-00199-GEB as to defendant Kioni Dogan only to this Court for purposes of change of plea and sentencing. Pursuant to Local Rule 123, the Court finds that under the circumstances present here, "assignment to the same Judge … is likely to effect a substantial savings of judicial effort" and "it would entail substantial duplication of labor if the actions were heard by different Judges," because a single plea agreement is anticipated to resolve both pending cases against Ms. Dogan. See L.R. 123(a)(3) and (4).

IT IS SO ORDERED.

DATED: 2/20/2019

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE