HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
KIONI M. DOGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:16-cr-00198-JAM-1 |
| --- | --- | --- |
| | ) | 2:16-cr-00199-JAM-1 |
| Plaintiff, | ) | |
| | ) | **SEALING ORDER** |
| vs. | ) | |
| | ) | JUDGE: Hon. John A. Mendez |
| KIONI M. DOGAN, | ) | |
| | ) | |
| Defendant-Movant. | ) | |
| | ) | |

IT IS HEREBY ORDERED that the Request to Seal Exhibit C to Defendant-Movant's Emergency Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Compassionate Release) be granted so that medical information is not available on the public docket. The Request and its Exhibit C are to be provided to the Court and Assistant United States Attorney Christopher Stanton Hales.

These documents shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

DATED: 6/23/2020         /s/ John A. Mendez
                         JOHN A. MENDEZ
                         United States District Court Judge

Dogan: Proposed Sealing Order