PHILLIP A. TALBERT
Acting United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00198-JAM |
| | 2:16-CR-00199-JAM |
| Plaintiff, | |
| | STIPULATION REGARDING SCHEDULE |
| v. | FOR DEFENDANT'S MOTION FOR SENTENCE |
| | REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); |
| KIONI DOGAN, | ORDER |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on October 12, 2021. Docket Nos. 125 (16-CR-00198-JAM), 152 (16-CR-00199-JAM).

2. Counsel for the government requests additional time to obtain relevant records and information from BOP and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before November 3, 2021;

      b)     The defendant's reply to the government's response to be filed on or before November 10, 2021.

IT IS SO STIPULATED.

| Dated: October 25, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
|---|---|
| | /s/ CHRISTOPHER S. HALES<br>CHRISTOPHER S. HALES<br>Assistant United States Attorney |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: October 25, 2021 | /s/ CAROLYN WIGGIN<br>CAROLYN WIGGIN<br>Counsel for Defendant<br>KIONI DOGAN |

### ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

    a)     The government's response to the defendant's motion, Docket No. 31, is due on or before November 3, 2021;

    b)     The defendant's reply to the government's response, if any, is due on November 10, 2021.

IT IS SO FOUND AND ORDERED this 25th day of October, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE